

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 2 0 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Gurgen Movsesyan,<br><br>    Defendant. | Case No.: CR 08-1495-AG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of Calif.</u> for alleged violation(s) of the terms and conditions of his/her [probation] ([supervised release]); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unknown bail resources, use of two different names and dates of birth, two outstanding arrest warrants, unknown immigration status, born in foreign country, prior failure to appear, apparently left district w/out permission</u>

1
2
3
4  and/or
5 B.  ☒  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: recent drunk driving arrests, including one while
10  operating a truck (and driving) the wrong way down the turnpike and
11  another while operating a loaded tractor-trailer

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated: 12/20/12                              _/s/ Jean Rosenbluth_
                                                 JEAN ROSENBLUTH
18                                               U.S. MAGISTRATE JUDGE

2